## North American Accident Insurance Company v. Hill's Administrator.

(Decided March 25, 1921.)

### Appeal from Campbell Circuit Court.

1.    Appeal and Error—Third Appeal—Law of Case.—On a third appeal the former opinions are the law of the case.

2.    Judgment—Conclusiveness.—Where a judgment is reversed by this court because the trial court gave the jury a peremptory instruction to find for the defendant when there was sufficient evidence to carry the case to the jury and sustain a finding for plaintiff, and the evidence on the next trial is in substance the same, the issues of fact are submitted to the jury which returned a verdict for plaintiff, the judgment entered thereon will be affirmed.

JOHN E. SHEPHARD for appellant.

L. J. CRAWFORD for appellee.

OPINION OF THE COURT BY JUDGE SAMPSON—Affirming.

This is the third appeal of this case. The opinion on the first appeal may be found in 182 Ky. 125; the second opinion in volume 185 Ky. 520.

In each of the former opinions the facts of the case are sufficiently stated. It is, therefore, unnecessary to again refer to the evidence. The second judgment of the trial court was reversed by this court because that court had peremptorily instructed the jury to find for the insurance company when there was sufficient evidence to carry the case to the jury. That opinion is the law of the case, and as the evidence upon the third trial was in substance and effect the same as upon the second trial and the court submitted the case to the jury by instructions of which there is and can be no complaint, and the jury found for the administrator of Hill upon which the judgment now complained of was entered, there is no reversible error.

Judgment affirmed.